# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

09/23/2016

IN RE:

SAMUEL M. DIFATTA | Case No.12-26201 GLT
MARY L. DIFATTA
1015 CAMBRIDGE STREET | Chapter 13
NATRONA HEIGHTS,  PA  15065
XXX-XX-5851        Debtor(s)

XXX-XX-5378

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

The Trustee has authority to pay claims based on the terms of the chapter 13 plan and of the order confirming the plan, summarized as follows:

1. Claims expressly provided for in the confirmed plan are paid in accordance with the plan or the order confirming the plan.

2. Creditors not specifically identified in Parts 1 - 15 of the plan, dealing with secured, priority and specially classified unsecured claims, are included in the class of general unsecured claims, and shall be paid in that manner. [So provided in the plan]

3. Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record,  (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor. [So provided in the plan]

4. Late-filed claims will not be paid unless all timely filed claims have been paid in full.  Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within 30 days of filing the claim. [So provided in the plan]

5. Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response. [So provided in the order confirming the plan]

6. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to 11 U.S.C.§1322(b)(2), this shall not be construed to change the payment terms established in the Plan.  [So provided in the order confirming the plan]

The following claim information is derived from the debtor(s)' schedules, chapter 13 plan and/or proofs of claim. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice. This notice should not be construed as altering the deadlines for filing objections to claims as set forth in the Federal Rules of Bankruptcy Procedure, the confirmed chapter 13 plan, or the order confirming the chapter 13 plan.

Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan). To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/23/2016

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| CITIFINANCIAL (RE*) | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| BANKRUPTCY REMITTANCE | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: 3235 |
| POB 70919 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CHARLOTTE, NC  28272-0919 | COMMENT: UNS/DOE*2ND/SCH*LIEN RELEASED/CR SEND NO PMT STSFCTN FILED 3-25-16 | | |

| NCEP LLC | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: VEHICLE |
|---|---|---|---|
| C/O AIS DATA SERVICES LP - AGENT | Court Claim Number:3 | CRED %: 100.00% | ACCOUNT NO.: 6695 |
| PO BOX 4138 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $345.55 |
| HOUSTON, TX  77210 | COMMENT: PMT/CL@LTCD/CONF*345.55x(60+2)=LMT*FR SANTANDER-DOC 109 | | |

| DEUTSCHE BANK NATNL TRUST CO | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
|---|---|---|---|
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:11 | CRED %: 0.00% | ACCOUNT NO.: 1461 |
| POB 65450 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| SALT LAKE CITY, UT  84165 | COMMENT: LOAN MOD @ 54*BGN 1/13*CL=228536 | | |

| SPINNAKER RESORTS | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|---|
| SPINNAKER FLEXIBLE OWNERSHIP | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: 7839 |
| POB 29352 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| PHOENIX, AZ  85038 | COMMENT: SURR/PL*NO$/SCH*TIME SHARE | | |

| HARRISON TOWNSHIP (EIT) | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
|---|---|---|---|
| C/O KEYSTONE COLLECTIONS GRP - DLNQ YRS | Court Claim Number: | CRED %: 100.00% | ACCOUNT NO.: 5851 |
| 546 WENDEL RD | | | |
| | CLAIM: 4,506.00 | | MO. PMT.: $0.00 |
| IRWIN, PA  15642 | COMMENT: 5851:04-11*PIF/CONF*4506@8%/PL*DK | | |

| INTERNAL REVENUE SERVICE* | Trustee Claim Number:6 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
|---|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | CRED %: 100.00% | ACCOUNT NO.: 5851 |
| PO BOX 7317 | | | |
| | CLAIM: 2,399.31 | | MO. PMT.: $0.00 |
| PHILADELPHIA, PA  19101-7317 | COMMENT: 2780@0%PL | | |

| ACS | Trustee Claim Number:7 | INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
|---|---|---|---|
| 9800 CENTER PARKWAY STE 1100 | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: 3781 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| HOUSTON, TX  77036 | COMMENT: NT ADR/SCH | | |

| AES/PHEAA** | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| POB 8147** | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 5851 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| HARRISBURG, PA  17105 | COMMENT: NO$/SCH | | |

| ALLEGHENY VALLEY HOSPITAL | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| 1300 CARLISLE STREET | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 2018 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| NATRONA HEIGHTS, PA  15065 | COMMENT: NT ADR/SCH | | |

| CANDICA LLC | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| C/O WEINSTEIN & RILEY PS | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: ? |
| POB 3978 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| SEATTLE, WA  98124-3978 | COMMENT: NT ADR~NO$~CAP 1/SCH | | |

| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:11 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| PO BOX 12914 | Court Claim Number:20 | CRED %: 10.00% | ACCOUNT NO.: 5683 |
| | CLAIM: 1,711.00 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: CPTL ONE | | |

| **VANDA LLC** | Trustee Claim Number:12 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| C/O WEINSTEIN & RILEY PS | Court Claim Number:18 | CRED %: 10.00% | ACCOUNT NO.: 6953 |
| PO BOX 3978 | CLAIM: 3,780.31 | | MO. PMT.: $0.00 |
| SEATTLE, WA 98124 | COMMENT: NO$@CAPITAL ONE/SCH*CANDICA | | |

| **CARDMEMBER SERVICE** | Trustee Claim Number:13 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| POB 15153 | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 4699 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| WILMINGTON, DE 19886-5153 | COMMENT: NO$~CHASE/SCH | | |

| **DUQUESNE UNIVERSITY** | Trustee Claim Number:14 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| BANKRUPTCY / FINANCIAL AID | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 5851 |
| 600 FORBES AVENUE | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| PITTSBURGH, PA 15219 | COMMENT: | | |

| **AES/PHEAA FAMILY** | Trustee Claim Number:15 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| C/O ECMC | Court Claim Number:5 | CRED %: 10.00% | ACCOUNT NO.: 5378 |
| LOCKBOX #8682 | | | |
| PO BOX 16478 | CLAIM: 21,818.85 | | MO. PMT.: $0.00 |
| ST PAUL, MN 55116-0408 | COMMENT: NO$/SCH*5851/SCH | | |

| **ERIE INSURANCE GROUP** | Trustee Claim Number:16 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| 100 ERIE INSURANCE PLACE | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 0363 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| ERIE, PA 16530 | COMMENT: | | |

| **FIRST COMMONWEALTH BANK** | Trustee Claim Number:17 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| POB 400* | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 3768 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| INDIANA, PA 15701 | COMMENT: | | |

| **FIRST DATA GLOBAL LEASING** | Trustee Claim Number:18 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| POB 173845 | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 5000 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| DENVER, CO 80217 | COMMENT: NT ADR/SCH | | |

| **FIRST EQUITY CARD** | Trustee Claim Number:19 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| C/O CBS | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: ? |
| POB 740933 | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| DALLAS, TX 75374 | COMMENT: NO$/SCH | | |

| **FIRST EQUITY CARD CORP++** | Trustee Claim Number:20 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|---|
| POB 23029 | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 1638 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| COLUMBUS, GA 31902-3029 | COMMENT: NO$/SCH | | |

| **FORD MOTOR CREDIT CO(\*)** | Trustee Claim Number:21   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| DRAWER 55-953  CH 13\* | Court Claim Number:2    CRED %: 10.00% | ACCOUNT NO.: 4591 |
| POB 55000\* | | |
| | CLAIM: 9,027.26 | MO. PMT.: $0.00 |
| DETROIT, MI  48255 | COMMENT: DFNCY BAL | |

| **PYOD LLC** | Trustee Claim Number:22   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:21    CRED %: 10.00% | ACCOUNT NO.: 8776 |
| POB 19008 | | |
| | CLAIM: 3,644.50 | MO. PMT.: $0.00 |
| GREENVILLE, SC  29602 | COMMENT: NO$/SCH\*CR EVRGRN~GEMB~CARE CRDT | |

| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:23   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:15    CRED %: 10.00% | ACCOUNT NO.: 3095 |
| | CLAIM: 1,227.66 | MO. PMT.: $0.00 |
| NORFOLK, VA  23541 | COMMENT: NO$/SCH\*LOWES | |

| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:24   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:23    CRED %: 10.00% | ACCOUNT NO.: 5341 |
| | CLAIM: 5,153.29 | MO. PMT.: $0.00 |
| NORFOLK, VA  23541 | COMMENT: NO$/SCH\*HSBC\*DIRECT MRCHNTS | |

| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:25   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:22    CRED %: 10.00% | ACCOUNT NO.: 1614 |
| | CLAIM: 1,495.67 | MO. PMT.: $0.00 |
| NORFOLK, VA  23541 | COMMENT: NO$/SCH\*HSBC~ORCHRD BNK | |

| **IDEARC MEDIA CORP\*\*** | Trustee Claim Number:26   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2200 W AIRFIELD DR MC 22 | Court Claim Number:    CRED %: 10.00% | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| DFW AIRPORT, TX  75261 | COMMENT: NT ADR/SCH | |

| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:27   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:12    CRED %: 10.00% | ACCOUNT NO.: 6280 |
| | CLAIM: 755.18 | MO. PMT.: $0.00 |
| NORFOLK, VA  23541 | COMMENT: NO$/SCH\*JCPENNEY | |

| **KEYBANK\*\*** | Trustee Claim Number:28   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WELTMAN WEINBERG & REIS | Court Claim Number:    CRED %: 10.00% | ACCOUNT NO.: ? |
| PO BOX 6597 | | |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| CLEVELAND, OH  44101 | COMMENT: NT ADR~NO$/SCH | |

| **KEYBANK\*\*** | Trustee Claim Number:29   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WELTMAN WEINBERG & REIS | Court Claim Number:    CRED %: 10.00% | ACCOUNT NO.: 1012 |
| PO BOX 6597 | | |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| CLEVELAND, OH  44101 | COMMENT: NT ADR~NO$/SCH | |

| **MONTEREY COLLECTION** | Trustee Claim Number:30   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 4095 AVENIDA DE LA PLATA | Court Claim Number:    CRED %: 10.00% | ACCOUNT NO.: 0001 |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| OCEANSIDE, CA  92056 | COMMENT: NO$~SPINNAKER RES/WATERSIDE/ SCH | |

| | | | |
|---|---|---|---|
| **NANCY JEAN DIFATTA** | Trustee Claim Number:31 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 186 46TH ST | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| PITTSBURGH, PA 15201 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:32 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:19 | CRED %: 10.00% | ACCOUNT NO.: 4699 |
| | CLAIM: 7,075.46 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: CHASE/SCH*WAMU | | |

| | | | |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:33 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:14 | CRED %: 10.00% | ACCOUNT NO.: 2137 |
| | CLAIM: 5,458.37 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: LOWES | | |

| | | | |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:34 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:7 | CRED %: 10.00% | ACCOUNT NO.: 2212 |
| | CLAIM: 10,442.59 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: 5341/SCH*DFNCY BAL | | |

| | | | |
|---|---|---|---|
| **PRA AG FUNDING LLC** | Trustee Claim Number:35 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 1614 |
| 120 CORPORATE BLVD STE 100 | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23502 | COMMENT: HSBC/SCH | | |

| | | | |
|---|---|---|---|
| **PRA AG FUNDING LLC** | Trustee Claim Number:36 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 3095 |
| 120 CORPORATE BLVD STE 100 | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23502 | COMMENT: GEMB/SCH | | |

| | | | |
|---|---|---|---|
| **SALLIE MAE INC O/B/O ECMC\*\*** | Trustee Claim Number:37 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O ECMC(\*) | Court Claim Number:6 | CRED %: 10.00% | ACCOUNT NO.: 5851 |
| LOCK BOX 8682 | | | |
| PO BOX 16478 | CLAIM: 170,499.84 | | MO. PMT.: $0.00 |
| ST PAUL, MN 55116-0408 | COMMENT: NO$/SCH*1113/SCH | | |

| | | | |
|---|---|---|---|
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:38 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 6250 | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 7127 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| MADISON, WI 53701 | COMMENT: UPMC/SCH | | |

| | | | |
|---|---|---|---|
| **TITLE 11 FUNDING OF CALIFORNIA** | Trustee Claim Number:39 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 10 ORCHARD STE 100 | Court Claim Number: | CRED %: 10.00% | ACCOUNT NO.: 2663 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| LAKE FOREST, CA 92630 | COMMENT: NO$~DEF/SCH | | |

| | | | |
|---|---|---|---|
| **TOYOTA MOTOR CREDIT CORP** | Trustee Claim Number:40 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:8 | CRED %: 10.00% | ACCOUNT NO.: 2831 |
| POB 3001 | CLAIM: 22,872.15 | | MO. PMT.: $0.00 |
| MALVERN, PA 19355-0701 | COMMENT: 0001~NO$/SCH*DFNCY BAL | | |

| | | |
|---|---|---|
| **VERIZON(\*)++** | Trustee Claim Number:41   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 404 BROCK DR | Court Claim Number:   CRED %: 10.00% | ACCOUNT NO.: 5625 |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| BLOOMINGTON, IL  61701 | COMMENT: | |

| | | |
|---|---|---|
| **DEPARTMENT OF EDUCATION** | Trustee Claim Number:42   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O VERMONT STUDENT ASSISTANCES CORP ( | Court Claim Number:10-3   CRED %: 10.00% | ACCOUNT NO.: 6389 |
| PO BOX 777 | | |
| | CLAIM: 23,773.93 | MO. PMT.: $0.00 |
| WINOOSKI, VT  05405 | COMMENT: NTC ONLY/SCH*FR DEP OF ED-DOC 131*W/56 | |

| | | |
|---|---|---|
| **WAL MART++** | Trustee Claim Number:43   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O GE MONEY BANK | Court Claim Number:   CRED %: 10.00% | ACCOUNT NO.: 8814 |
| POB 103104 | | |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| ROSWELL, GA  30076 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **ZAMIAS SERVICES** | Trustee Claim Number:44   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 300 MARKET ST | Court Claim Number:   CRED %: 10.00% | ACCOUNT NO.: 7107 |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| JOHNSTOWN, PA  15901 | COMMENT: NO$~LEASE/SCH | |

| | | |
|---|---|---|
| **VANDA LLC** | Trustee Claim Number:45   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:1   CRED %: 10.00% | ACCOUNT NO.: 3888 |
| PO BOX 3978 | | |
| | CLAIM: 814.71 | MO. PMT.: $0.00 |
| SEATTLE, WA  98124 | COMMENT: NT/SCH*JUNIPER BARCLAYS*FR CANDICA-DOC 40 | |

| | | |
|---|---|---|
| **DEUTSCHE BANK NATNL TRUST CO** | Trustee Claim Number:46   INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:11   CRED %: 0.00% | ACCOUNT NO.: 1461 |
| POB 65450 | | |
| | CLAIM: 0.00 | MO. PMT.: $0.00 |
| SALT LAKE CITY, UT  84165 | COMMENT: LOAN MOD @ 54*THRU 12/12*CL=24405.76 | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:47   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4   CRED %: 10.00% | ACCOUNT NO.: 5851 |
| PO BOX 7317 | | |
| | CLAIM: 281.49 | MO. PMT.: $0.00 |
| PHILADELPHIA, PA  19101-7317 | COMMENT: NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **PNC BANK** | Trustee Claim Number:48   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O ECMC(\*) | Court Claim Number:9   CRED %: 10.00% | ACCOUNT NO.: 5378 |
| LOCKBOX #8682 | | |
| PO BOX 16478 | CLAIM: 1,647.90 | MO. PMT.: $0.00 |
| ST PAUL, MN  55116-0408 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **DEUTSCHE BANK NATNL TRUST CO** | Trustee Claim Number:49   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:11   CRED %: 100.00% | ACCOUNT NO.: 1461 |
| POB 65450 | | |
| | CLAIM: 40,842.62 | MO. PMT.: $0.00 |
| SALT LAKE CITY, UT  84165 | COMMENT: LOAN MOD @ 54 | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:50   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:13   CRED %: 10.00% | ACCOUNT NO.: 6207 |
| | CLAIM: 1,074.84 | MO. PMT.: $0.00 |
| NORFOLK, VA  23541 | COMMENT: ACCT NT/SCH*SAMS CLUB | |

| | | | |
|---|---|---|---|
| **VANDA LLC** | Trustee Claim Number:51 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:17 | CRED %: 10.00% | ACCOUNT NO.: 8245 |
| PO BOX 3978 | | | |
| | CLAIM: 978.79 | | MO. PMT.: $0.00 |
| SEATTLE, WA 98124 | COMMENT: ACCT NT/SCH*CANDICA | | |

| | | | |
|---|---|---|---|
| **VANDA LLC** | Trustee Claim Number:52 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:16 | CRED %: 10.00% | ACCOUNT NO.: 3222 |
| PO BOX 3978 | | | |
| | CLAIM: 3,978.59 | | MO. PMT.: $0.00 |
| SEATTLE, WA 98124 | COMMENT: ACCT NT/SCH*CANDICA | | |

| | | | |
|---|---|---|---|
| **ASCENSION CAPITAL GROUP** | Trustee Claim Number:53 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| POB 165028 | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| IRVING, TX 75016 | COMMENT: NCEP LLC/PRAE | | |

| | | | |
|---|---|---|---|
| **DEUTSCHE BANK NATNL TRUST CO** | Trustee Claim Number:54 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:011 | CRED %: 100.00% | ACCOUNT NO.: 1461 |
| POB 65450 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $1,649.99 |
| SALT LAKE CITY, UT 84165 | COMMENT: PMT/DECL*D44PMT-LMT*LOAN MOD BGN 11/13 | | |

| | | | |
|---|---|---|---|
| **NELNET** | Trustee Claim Number:55 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN ACCOUNTING DEPT | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: |
| 121 SOUTH 13TH ST STE 201 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| LINCOLN, NE 68508 | COMMENT: /PRAE | | |

| | | | |
|---|---|---|---|
| **US DEPARTMENT OF EDUCATION - NELNET** | Trustee Claim Number:56 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 740283 | Court Claim Number:10-3 | CRED %: 0.00% | ACCOUNT NO.: 5851 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| ATLANTA, GA 30374-0283 | COMMENT: PURPORTS TO AMD CL 10*AMDMNT INAPPROPRIATE*POA NOW FILED*W/42 | | |