## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SAMUEL M. DIFATTA                          Case No. 12-26201GLT

MARY L. DIFATTA

          Debtor(s)

RONDA J. WINNECOUR,                         Chapter 13

Standing Chapter 13 Trustee,

           Movant                      Document No __

     vs.

DEUTSCHE BANK NATNL TRUST CO

       Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been assigned to SHELLPOINT MORTGAGE SERVICING.  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

DEUTSCHE BANK NATNL TRUST CO              Court claim# 011/Trustee CID# 54

C/O SELECT PORTFOLIO SVCNG INC*

POB 65450

SALT LAKE CITY, UT 84165

The Movant further certifies that on 12/05/2016 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

DEBTOR(S):
SAMUEL M. DIFATTA, MARY L.
DIFATTA, 1015 CAMBRIDGE STREET,
NATRONA HEIGHTS, PA  15065

ORIGINAL CREDITOR:
DEUTSCHE BANK NATNL TRUST CO,
C/O SELECT PORTFOLIO SVCNG
INC*, POB 65450, SALT LAKE CITY,
UT  84165

ORIGINAL CREDITOR'S COUNSEL:
DANIELLE BOYLE-EBERSOLE ESQ,
HLADIK ONORATO & FEDERMAN
LLP, 298 WISSAHICKON AVE, NORTH
WALES, PA  19454

NEW CREDITOR:
SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC 29603-0826

DEBTOR'S COUNSEL:
RICHARD P GAINEY ESQ, GAINEY
LAW OFFICES, PO BOX 11124,
PITTSBURGH, PA  15237

:
BARBARA A FEIN ESQ, LAW OFFICES
OF BARBARA A FEIN PC*, 721
DRESHER RD STE 1050, HORSHAM,
PA  19044