2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-26201-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Samuel M. DiFatta
1015 Cambridge Street
Natrona Heights PA 15065

Mary L. DiFatta
1015 Cambridge Street
Natrona Heights PA 15065

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/26/2017.

Name and Address of Alleged Transferor(s):

Claim No. 11: Deutsche Bank National Trust Company,, By and Through its Loan Servicing Agent,, Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84115

Name and Address of Transferee:

DEUTSCHE BANK NATIONAL TRUST COMPANY, SERIES 2007-WMC1
Shellpoint Mortgage Servicing
PO BOX 10826 Greenville, SC  29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/29/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-26201-GLT
Samuel M. DiFatta                                                     Chapter 13
Mary L. DiFatta
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil            Page 1 of 1          Date Rcvd: Jan 27, 2017
                         Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2017.
13575633       +Deutsche Bank National Trust Company,,   By and Through its Loan Servicing Agent,,    Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, et al bkgroup@kmllawgroup.com
              Kristen D. Little    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul E. Skirtich    on behalf of Creditor    United States of America, United States Department of Education Paul.Skirtich@usdoj.gov,    Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov;megan.farrell@usdoj.gov
              Richard P. Gainey    on behalf of Plaintiff Mary L. DiFatta richard.gainey@comcast.net,    difatta1015@comcast.net
              Richard P. Gainey    on behalf of Joint Debtor Mary L. DiFatta richard.gainey@comcast.net,    difatta1015@comcast.net
              Richard P. Gainey    on behalf of Plaintiff Samuel M. DiFatta richard.gainey@comcast.net,    difatta1015@comcast.net
              Richard P. Gainey    on behalf of Debtor Samuel M. DiFatta richard.gainey@comcast.net,    difatta1015@comcast.net
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott A. Dietterick    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 sad@jsdc.com,    kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                                              TOTAL: 13