IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 12-26201-GLT |
|    Samuel M. DiFatta | : | |
|    Mary L. DiFatta | : | |
|         Debtor(s) | : | |
| | : | Chapter 13 |

## DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any domestic support obligation.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On December 14, 2017 at docket numbers 142 and 143, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

| | | |
|---|---|---|
| Dated: <u>January 10, 2018</u> | By: | <u>/s/ Richard P. Gainey</u> |
| | | <u>Richard P. Gainey</u> |
| | | <u>P.O. Box 11124, Pgh., PA 15237</u> |
| | | <u>Richard.gainey@comcast.net</u> |
| | | <u>412-478-4040</u> |
| | | <u>PA ID #82171</u> |

**PAWB Local Form 24 (07/13)**