**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/8/18 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  SAMUEL M. DIFATTA
  MARY L. DIFATTA
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  SAMUEL M. DIFATTA
  MARY L. DIFATTA

      Respondents

Case No.12-26201GLT

Chapter 13

Related to Dkt. No. 144

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 8th day of January, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cigna/Life Ins Co Of North America
Attn: Payroll Manager
1601 Chestnut St
Philadelphia, PA 19192

is hereby ordered to immediately terminate the attachment of the wages of MARY L. DIFATTA, social security number XXX-XX-5378. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARY L. DIFATTA.

BY THE COURT:

_____
cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 12-26201-GLT
Samuel M. DiFatta                                                    Chapter 13
Mary L. DiFatta
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1                Date Rcvd: Jan 08, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
db/jdb         +Samuel M. DiFatta,    Mary L. DiFatta,    1015 Cambridge Street,    Natrona Heights, PA 15065-1007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates,
               Series 2007-WMC1 alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates,
               Series 2007-WMC1 bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, et al
               bkgroup@kmllawgroup.com
              Kristen D. Little    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, By
               and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed
               Certificates, Series 2007-WMC1 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul E. Skirtich    on behalf of Creditor    United States of America, United States Department of
               Education Paul.Skirtich@usdoj.gov,
               Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov;caseview.ecf@usdoj.gov;USAPAW.ecfcivil@u
               sdoj.gov
              Richard P. Gainey    on behalf of Plaintiff Mary L. DiFatta richard.gainey@comcast.net,
               difatta1015@comcast.net
              Richard P. Gainey    on behalf of Joint Debtor Mary L. DiFatta richard.gainey@comcast.net,
               difatta1015@comcast.net
              Richard P. Gainey    on behalf of Plaintiff Samuel M. DiFatta richard.gainey@comcast.net,
               difatta1015@comcast.net
              Richard P. Gainey    on behalf of Debtor Samuel M. DiFatta richard.gainey@comcast.net,
               difatta1015@comcast.net
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott A. Dietterick    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed
               Certificates, Series 2007-WMC1 sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                                               TOTAL: 13