# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **Samuel M. DiFatta** | : | Bankruptcy No. 12-26201-GLT |
| **Mary L. DiFatta** | : | |
| Debtor | : | Chapter 13 |
| _____ | : | |
| **Samuel M. DiFatta** | : | |
| **Mary L. DiFatta** | : | |
| Movant, | : | Related to Document No. |
| | : | Hearing and Date: |
| vs. | : | March 28, 2018, at 9:00am |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee** | : | |
| Respondent | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
## APPLICATION OF GAINEY LAW OFFICES, COUNSEL FOR DEBTOR'S FOR FINAL COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the APPLICATION OF GAINEY LAW OFFICES, COUNSEL FOR DEBTOR'S FOR FINAL COMPENSATION filed on February 21, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than March 12, 2018.

It is hereby respectfully requested that the order attached to the Motion be entered by the court.

Dated: March 13, 2018         By:

        /s/Richard P. Gainey, Esq.
        Richard P. Gainey, Esq.
        PA I.D. # 82171
        PO Box 11124
        Pittsburgh, PA 15237
        Tel: 412-478-4040