FILED
4/11/18 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PA

Chapter:    13
Case No:    1226201
Related to Dkt. No. 160
In re:    SAMUEL M. DIFATTA
          MARY L. DIFATTA

Account Number:  4699

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 19 filed on or about 03/28/2013 in the amount of $7,075.46 .

On this 4/10/2018.

By:   /s/ Daquan Hatcher
      Daquan Hatcher, Bankruptcy Representative
      PRA Receivables Management, LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@portfoliorecovery.com

SO ORDERED
April 11, 2018

_____
GREGORY L. ADDONIO    cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Samuel M. DiFatta  
Mary L. DiFatta  
    Debtors

Case No. 12-26201-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Apr 11, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2018.
         +Daquan Hatcher, Bankruptcy Representative,    PRA Receivables Management, LLC,    PO Box 41067,
           Norfolk, VA 23541-1067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:
         Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
         James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, et al bkgroup@kmllawgroup.com
         Kristen D. Little    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. pabk@logs.com
         Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Paul E. Skirtich    on behalf of Creditor    United States of America, United States Department of Education Paul.Skirtich@usdoj.gov, Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov;caseview.ecf@usdoj.gov;USAPAW.ecfcivil@usdoj.gov
         Richard P. Gainey    on behalf of Plaintiff Mary L. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net
         Richard P. Gainey    on behalf of Joint Debtor Mary L. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net
         Richard P. Gainey    on behalf of Plaintiff Samuel M. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net
         Richard P. Gainey    on behalf of Debtor Samuel M. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Scott A. Dietterick    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                                                      TOTAL: 13