Fill in this information to identify the case:

Debtor 1: Samuel M Difatta

Debtor 2 (Spouse, if filing): Mary L Difatta

United States Bankruptcy Court for the: Western District of PA

Case number: 12-26201

# Form 4100R
## Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-WMC1, ASSET BACKED CERTIFICATES, SERIES 2007-WMC1

**Last 4 digits** of any number you use to identify the debtor's account: 7313

**Court claim no:** (if known) 11

**Property address:**
1015 Cambridge St
Natrona Heights, PA 15065

### Part 2: Prepetition Default Payments

Check one:

[✔] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

[✔] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 5 / 1 / 2018

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / _____

Debtor 1  **Samuel M Difatta**  
First Name  Middle Name  Last Name

Case number (*if known*) 12-26201

---

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Carrie Dockter  
Signature

Date 5 / 29 / 2018

Print: Carrie    Dockter  
First Name  Middle Name  Last Name

Title: Bankruptcy Case Manager

Company: Shellpoint Mortgage Servicing

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: PO Box 10826  
Number    Street

Greenville, SC 2960-0826  
City    State    ZIP Code

Contact phone ( 800 ) 365 – 7107

Email: mtgbk@shellpointmtg.com

---

Form 4100R    Response to Notice of Final Cure Payment    page 2

| | |
|---|---|
| Shellpoint Mortgage Servicing | Phone Number:    (800) 365-7107 |
| PO Box 10826 | Fax:              (866) 467-1137 |
| Greenville, SC  29603-0826 | Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    Samuel Difatta
      Debtor 2    Mary Difatta

Case No:    1226201

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 5/29/2018.

Western District of Pennsylvania, Pittsburgh Division
5414 U.S. Steel To
600 Grant Street
Pittsburgh, PA  15222


Ronda Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219


Richard P Gainey
PO Box 11124
Pittsburgh, PA  15237


Samuel Difatta
Mary Difatta
1015 Cambridge St
Natrona Hts PA  15065


/s/ Carrie Dockter