Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Samuel M. DiFatta** : | Case No. 12−26201−GLT |
| **Mary L. DiFatta** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 164 |
| v. : | |
| **No Respondents** : | Hearing Date: 8/15/18 at 11:00 AM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

 **AND NOW,** this ***The 29th of May, 2018***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 164 by the Chapter 13 Trustee,

 It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

 (1)  **On or before July 13, 2018**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

 (2)  This Motion is scheduled for hearing on ***August 15, 2018 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

 (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

 (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-26201-GLT
Samuel M. DiFatta                                                   Chapter 13
Mary L. DiFatta
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: May 29, 2018
                              Form ID: 604            Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
```
db/jdb         +Samuel M. DiFatta,    Mary L. DiFatta,    1015 Cambridge Street,    Natrona Heights, PA 15065-1007
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    C/O SHELLPOINT MORTGAGE SERVICING,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
cr             +Deutsche Bank National Trust Company, as Trustee,,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
cr              United States of America, United States Department,    U. S. Post Office & Courthouse,
                 Pittsburgh, PA  15219
13540868       +ACS,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
13540869       +AES/PhEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
13540870       +Allegheny Valley Hospital,    P.O. Box 644896,    Pittsburgh, PA 15264-4896
13540873       +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13540872       +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13540874       +Chase,    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
13540875       +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
14354708        DEUTSCHE BANK NATIONAL TRUST COMPANY,    SERIES,    2007-WMC1,    Shellpoint Mortgage Servicing,
                 PO BOX 10826 Greenville, SC  29603-0826
13575633       +Deutsche Bank National Trust Company,,    By and Through its Loan Servicing Agent,,
                 Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
13559982        ECMC,   P.O. BOX 75906,    St. Paul, MN 55175
13546272       +FORD MOTYOR CREDIT COMPANY,    C/O SKLAR ~ MARKIND,    102 BROWNING LN,    BLDG B, STE 1,
                 CHERRY HILL NJ 08003-3195
13540879       +First Data Global Leasing,    P.O. Box 407092,    Fort Lauderdale, FL 33340-7092
13540880       +First Equity Card,    P.O. Box 740933,    Dallas, TX 75374-0933
13540881        First Equity Card Corp,    P.O. Box 23209,    Columbus, GA 31902
13540882       +Ford Motor Credit Company,    P.O. Box 6508,    Mesa, AZ 85216-6508
13540885       +HSBC Bank,    P.O. Box 17313,    Baltimore, MD 21297-1313
13540886       +HSBC Mastercard,    P.O. Box 17051,    Baltimore, MD 21297-1051
13540888        Internal Revenue Service,    William S. Moorehead Building,    100 Liberty Avenue,,
                 Suite 705, Insolvency Unit,    Pittsburgh, PA 15222-3714
13540890        Key Bank,    P.O. Box,    Cleveland, OH 44101
13540892       +Monterey Collections,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
13568487        PNC Bank, N.A. on behalf of,    Education Credit Management Corp/VA,    ECMC,    PO Box 75906,
                 St Paul, MN 55175
13562316        Sallie Mae Inc. on behalf of ECMC,    ECMC,   P.O Box 75906,    St. Paul, MN 55175
13546473       +Santander Consumer USA,    P.O. BOX 560284,    Dallas, TX 75356-0284
13540900       +Spinnaker Resorts,    Spinnaker Flexible Ownership,    P.O. Box 29352,    Phoenix, AZ 85038-9352
13540901       +State Collection Service, Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
13540902       +Title 11 Funding of California, Inc.,    Attn: Brandi Dominguez,    10 Orchard, Suite 100,
                 Lake Forest, CA 92630-8308
13567159        Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 30 2018 02:02:11     NCEP, LLC,
                 P.O. Box 165028,    Irving, TX 75016-5028
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2018 02:10:13
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13543327       +E-mail/Text: bncmail@w-legal.com May 30 2018 01:58:41      CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13540871       +E-mail/Text: bncmail@w-legal.com May 30 2018 01:58:41      Candica LLC,    c/o Weinstein & Riley,
                 2001 Western Avenue,    Suite 400,    Seattle, WA 98121-3132
13540872       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2018 02:02:09      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13540873       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2018 01:56:18      Capital One,
                 P.O. Box 71083,    Charlotte, NC 28272-1083
13540876       +E-mail/Text: studentaccounts@duq.edu May 30 2018 01:57:54      Duquesne University,
                 Attn: Collections Dept,    600 Forbes Avenue,    Pittsburgh, PA 15282-0001
13540877       +E-mail/Text: bankruptcy@erieinsurance.com May 30 2018 01:59:24      Erie Insurance,
                 Attn: Collection Dept,    100 Erie Insurance Place,    Erie, PA 16530-9000
13540878       +E-mail/Text: bankruptcynotice@fcbanking.com May 30 2018 01:57:32      First Commonwealth Bank,
                 Attn: Legal Department,    654 Philadelphia Street,    Indiana, PA 15701-3930
13540883       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:54:55      GEMB/Care Credit,
                 P.O. Box 981127,    El Paso, TX 79998-1127
13540884       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:54:55      GEMB/Lowes,    PO Box 981400,
                 El Paso, TX 79998-1400
13540889        E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:54:00      JC Penney/GEMB,    PO Box 981131,
                 El Paso, TX 79998-1131
13540891       +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 30 2018 01:58:45      Keybank USA,
                 P.O. Box 94917,    Cleveland, OH 44101-4917
14017629        E-mail/PDF: acg.acg.ebn@americaninfosource.com May 30 2018 02:02:11
                 NCEP, LLC by AIS Data Services, LP as agent,    PO Box 4138,    Houston, TX 77210-4138
13540893        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2018 02:10:32
                 Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502
```

```
District/off: 0315-2          User: jhel              Page 2 of 3                   Date Rcvd: May 29, 2018
                              Form ID: 604            Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13566739         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2018 01:55:01
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13632832        +E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2018 01:55:09
                  PYOD, LLC its successors and assigns as assignee,    of CR Evergreen, LLC,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13540887         E-mail/Text: rmbncreports@supermedia.com May 30 2018 01:58:28      Idearc Media,
                  5601 Executive Drive,    Irving, TX 75038
13540898        +E-mail/PDF: pa_dc_claims@navient.com May 30 2018 01:56:11      Sallie Mae,    P.O. Box 9500,
                  Wilkes Barre, PA 18773-9500
13540899        +E-mail/Text: jennifer.chacon@spservicing.com May 30 2018 01:59:36
                  Select Portfolio Servicing,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
14277003        +E-mail/Text: electronicbkydocs@nelnet.net May 30 2018 01:58:35      U.S. Department of Education,
                  C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
13565776        +E-mail/Text: bncmail@w-legal.com May 30 2018 01:58:59      Vanda, LLC,
                  c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13540903        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 30 2018 01:57:21
                  Verizon,    P.O. Box 920041,    Dallas, TX 75392-0041
13540905         E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:56:01      WalMart/GEMB,    PO Box 530927,
                  Atlanta, GA 30353-0927
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Deutsche Bank National Trust Company, et al
cr*            +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
13540896*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates,    120 Corporate Blvd, Suite 1,
                  Norfolk, VA 23502)
13540897*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates,    120 Corporate Blvd, Suite 1,
                  Norfolk, VA 23502)
13540894*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates,    120 Corporate Blvd., Suite 1,
                  Norfolk, VA 23502)
13540895*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 1,
                  Norfolk, VA 23502)
13571077*       +Vermont Student Assistance Corporation,    P.O. Box 777,    Winooski, VT 05404-0777
13540904       ##+Vermont Student Assistance Corp,    P.O. Box 777,    Winooski, VT 05404-0777
13540906       ##+Zamias Services Inc,    300 Market Street,    Johnstown, PA 15901-1702
                                                                                              TOTALS: 2, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates,
               Series 2007-WMC1 alubin@milsteadlaw.com,   bkecf@milsteadlaw.com

```
District/off: 0315-2           User: jhel                  Page 3 of 3                  Date Rcvd: May 29, 2018
                               Form ID: 604                Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 bkgroup@kmllawgroup.com

        Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, et al bkgroup@kmllawgroup.com

        Kristen D. Little    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. pabk@logs.com

        Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Paul E. Skirtich    on behalf of Creditor    United States of America, United States Department of Education Paul.Skirtich@usdoj.gov, Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov;caseview.ecf@usdoj.gov;USAPAW.ecfcivil@usdoj.gov

        Richard P. Gainey    on behalf of Plaintiff Samuel M. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net

        Richard P. Gainey    on behalf of Debtor Samuel M. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net

        Richard P. Gainey    on behalf of Plaintiff Mary L. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net

        Richard P. Gainey    on behalf of Joint Debtor Mary L. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        Scott A. Dietterick    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com

        TOTAL: 13