**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SAMUEL M. DIFATTA
MARY L. DIFATTA
      Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
     Movant
    vs.
No Repondents.

Case No.:12-26201

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/31/2012 and confirmed on 3/27/13. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 178,469.00 |
| Less Refunds to Debtor | 1,880.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 176,588.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,700.00 | |
|    Trustee Fee | 6,817.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,517.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7313 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 40,842.62 | 40,842.62 | 0.00 | 40,842.62 |
|     Acct: 7313 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 80,643.92 | 0.00 | 80,643.92 |
|     Acct: 7313 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7313 | | | | |
|   SPINNAKER RESORTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7839 | | | | |
|   NCEP LLC | 0.00 | 21,078.55 | 0.00 | 21,078.55 |
|     Acct: 6695 | | | | |
| | | | | 142,565.09 |
| **Priority** | | | | |
|   RICHARD P GAINEY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL M. DIFATTA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL M. DIFATTA | 1,880.50 | 1,880.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THREE RIVERS LAW PARTNERS** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD P GAINEY ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD P GAINEY ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD P GAINEY ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX0-18 | | | | |
|   HARRISON TOWNSHIP (EIT) | 4,506.00 | 4,506.00 | 0.00 | 4,506.00 |
|     Acct: 5851 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,399.31 | 2,399.31 | 0.00 | 2,399.31 |
|     Acct: 5851 | | | | |
| | | | | 6,905.31 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L<br>Acct: 4699 | 214.03 | 214.03 | 0.00 | 214.03 |
| CITIFINANCIAL (RE*)++<br>Acct: 3235 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES/PHEAA**<br>Acct: 5851 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY VALLEY HOSPITAL<br>Acct: 2018 | 0.00 | 0.00 | 0.00 | 0.00 |
| CANDICA LLC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, L<br>Acct: 5683 | 1,711.00 | 84.75 | 0.00 | 84.75 |
| VANDA LLC<br>Acct: 6953 | 3,780.31 | 187.26 | 0.00 | 187.26 |
| CARDMEMBER SERVICE<br>Acct: 4699 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE UNIVERSITY<br>Acct: 5851 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES/PHEAA FAMILY<br>Acct: 5378 | 21,818.85 | 1,080.82 | 0.00 | 1,080.82 |
| ERIE INSURANCE GROUP<br>Acct: 0363 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK*<br>Acct: 3768 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST DATA GLOBAL LEASING<br>Acct: 5000 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST EQUITY CARD<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST EQUITY CARD CORP++<br>Acct: 1638 | 0.00 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO(*)<br>Acct: 4591 | 9,027.26 | 447.17 | 0.00 | 447.17 |
| PYOD LLC<br>Acct: 8776 | 3,644.50 | 180.53 | 0.00 | 180.53 |
| PORTFOLIO RECOVERY ASSOCIATES, L<br>Acct: 3095 | 1,227.66 | 60.81 | 0.00 | 60.81 |
| PORTFOLIO RECOVERY ASSOCIATES, L<br>Acct: 5341 | 5,153.29 | 255.27 | 0.00 | 255.27 |
| PORTFOLIO RECOVERY ASSOCIATES, L<br>Acct: 1614 | 1,495.67 | 74.09 | 0.00 | 74.09 |
| IDEARC MEDIA CORP**<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, L<br>Acct: 6280 | 755.18 | 37.41 | 0.00 | 37.41 |
| KEYBANK**<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| KEYBANK**<br>Acct: 1012 | 0.00 | 0.00 | 0.00 | 0.00 |
| MONTEREY COLLECTION<br>Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| NANCY JEAN DIFATTA++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, L<br>Acct: 2137 | 5,458.37 | 270.39 | 0.00 | 270.39 |
| PORTFOLIO RECOVERY ASSOCIATES, L<br>Acct: 2212 | 10,442.59 | 517.29 | 0.00 | 517.29 |
| PRA AG FUNDING LLC<br>Acct: 1614 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 3095 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| SALLIE MAE INC O/B/O ECMC** | 170,499.84 | 8,445.86 | 0.00 | 8,445.86 |
| Acct: 5851 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7127 | | | | |
| TITLE 11 FUNDING OF CALIFORNIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2663 | | | | |
| TOYOTA MOTOR CREDIT CORP | 22,872.15 | 1,133.00 | 0.00 | 1,133.00 |
| Acct: 2831 | | | | |
| VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5625 | | | | |
| DEPARTMENT OF EDUCATION | 23,773.93 | 1,177.66 | 0.00 | 1,177.66 |
| Acct: 6389 | | | | |
| WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8814 | | | | |
| ZAMIAS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7107 | | | | |
| VANDA LLC | 814.71 | 40.36 | 0.00 | 40.36 |
| Acct: 3888 | | | | |
| INTERNAL REVENUE SERVICE* | 281.49 | 13.95 | 0.00 | 13.95 |
| Acct: 5851 | | | | |
| PNC BANK | 1,647.90 | 81.63 | 0.00 | 81.63 |
| Acct: 5378 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 1,074.84 | 53.25 | 0.00 | 53.25 |
| Acct: 6207 | | | | |
| VANDA LLC | 978.79 | 48.49 | 0.00 | 48.49 |
| Acct: 8245 | | | | |
| VANDA LLC | 3,978.59 | 197.08 | 0.00 | 197.08 |
| Acct: 3222 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5851 | | | | |
| AIS PORTFOLIO SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3781 | | | | |
| | | | | 14,601.10 |

TOTAL PAID TO CREDITORS                                                164,071.50

TOTAL
  CLAIMED         6,905.31
  PRIORITY       40,842.62
  SECURED       290,650.95

Date: 05/25/2018                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    SAMUEL M. DIFATTA<br>    MARY L. DIFATTA<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:12-26201<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                BY THE COURT:

                                                                _____
                                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-26201-GLT
Samuel M. DiFatta                                                     Chapter 13
Mary L. DiFatta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: May 29, 2018
                              Form ID: pdf900         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
```
db/jdb         +Samuel M. DiFatta,    Mary L. DiFatta,    1015 Cambridge Street,    Natrona Heights, PA 15065-1007
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    C/O SHELLPOINT MORTGAGE SERVICING,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
cr             +Deutsche Bank National Trust Company, as Trustee,,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
cr              United States of America, United States Department,    U. S. Post Office & Courthouse,
                 Pittsburgh, PA 15219
13540868       +ACS,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
13540869       +AES/PhEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
13540870       +Allegheny Valley Hospital,    P.O. Box 644896,    Pittsburgh, PA 15264-4896
13540873       +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13540872       +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13540874       +Chase,   Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
13540875       +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
14354708        DEUTSCHE BANK NATIONAL TRUST COMPANY,    SERIES,    2007-WMC1,    Shellpoint Mortgage Servicing,
                 PO BOX 10826 Greenville, SC 29603-0826
13575633       +Deutsche Bank National Trust Company,,    By and Through its Loan Servicing Agent,,
                 Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
13559982        ECMC,    P.O. BOX 75906,    St. Paul, MN 55175
13546272       +FORD MOTYOR CREDIT COMPANY,    C/O SKLAR ~ MARKIND,    102 BROWNING LN,    BLDG B, STE 1,
                 CHERRY HILL NJ 08003-3195
13540879       +First Data Global Leasing,    P.O. Box 407092,    Fort Lauderdale, FL 33340-7092
13540880       +First Equity Card,    P.O. Box 740933,    Dallas, TX 75374-0933
13540881        First Equity Card Corp,    P.O. Box 23209,    Columbus, GA 31902
13540882       +Ford Motor Credit Company,    P.O. Box 6508,    Mesa, AZ 85216-6508
13540885       +HSBC Bank,    P.O. Box 17313,    Baltimore, MD 21297-1313
13540886       +HSBC Mastercard,    P.O. Box 17051,    Baltimore, MD 21297-1051
13540888        Internal Revenue Service,    William S. Moorehead Building,    100 Liberty Avenue,,
                 Suite 705, Insolvency Unit,    Pittsburgh, PA 15222-3714
13540890        Key Bank,    P.O. Box,    Cleveland, OH 44101
13540892       +Monterey Collections,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
13568487        PNC Bank, N.A. on behalf of,    Education Credit Management Corp/VA,    ECMC,    PO Box 75906,
                 St Paul, MN 55175
13562316        Sallie Mae Inc. on behalf of ECMC,    ECMC,    P.O Box 75906,    St. Paul, MN 55175
13546473       +Santander Consumer USA,    P.O. BOX 560284,    Dallas, TX 75356-0284
13540900       +Spinnaker Resorts,    Spinnaker Flexible Ownership,    P.O. Box 29352,    Phoenix, AZ 85038-9352
13540901       +State Collection Service, Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
13540902       +Title 11 Funding of California, Inc.,    Attn: Brandi Dominguez,    10 Orchard, Suite 100,
                 Lake Forest, CA 92630-8308
13567159        Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 30 2018 02:02:20     NCEP, LLC,
                 P.O. Box 165028,    Irving, TX 75016-5028
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2018 01:56:06
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13543327       +E-mail/Text: bncmail@w-legal.com May 30 2018 01:58:41     CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13540871       +E-mail/Text: bncmail@w-legal.com May 30 2018 01:58:41     Candica LLC,    c/o Weinstein & Riley,
                 2001 Western Avenue,    Suite 400,    Seattle, WA 98121-3132
13540872       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2018 01:56:16     Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13540873       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2018 02:02:07     Capital One,
                 P.O. Box 71083,    Charlotte, NC 28272-1083
13540876       +E-mail/Text: studentaccounts@duq.edu May 30 2018 01:57:54     Duquesne University,
                 Attn: Collections Dept,    600 Forbes Avenue,    Pittsburgh, PA 15282-0001
13540877       +E-mail/Text: bankruptcy@erieinsurance.com May 30 2018 01:59:24     Erie Insurance,
                 Attn: Collection Dept,    100 Erie Insurance Place,    Erie, PA 16530-9000
13540878       +E-mail/Text: bankruptcynotice@fcbanking.com May 30 2018 01:57:32     First Commonwealth Bank,
                 Attn: Legal Department,    654 Philadelphia Street,    Indiana, PA 15701-3930
13540883       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:55:58     GEMB/Care Credit,
                 P.O. Box 981127,    El Paso, TX 79998-1127
13540884       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:55:59     GEMB/Lowes,    PO Box 981400,
                 El Paso, TX 79998-1400
13540889        E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:53:58     JC Penney/GEMB,    PO Box 981131,
                 El Paso, TX 79998-1131
13540891       +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 30 2018 01:58:45     Keybank USA,
                 P.O. Box 94917,    Cleveland, OH 44101-4917
14017629        E-mail/PDF: acg.acg.ebn@americaninfosource.com May 30 2018 02:02:28
                 NCEP, LLC by AIS Data Services, LP as agent,    PO Box 4138,    Houston, TX 77210-4138
13540893        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2018 01:55:00
                 Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502
```

```
District/off: 0315-2          User: jhel               Page 2 of 3              Date Rcvd: May 29, 2018
                              Form ID: pdf900          Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13566739       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2018 01:54:03
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13632832      +E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2018 02:02:08
               PYOD, LLC its successors and assigns as assignee,    of CR Evergreen, LLC,
               Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
13540887       E-mail/Text: rmbncreports@supermedia.com May 30 2018 01:58:28      Idearc Media,
               5601 Executive Drive,    Irving, TX 75038
13540898      +E-mail/PDF: pa_dc_claims@navient.com May 30 2018 01:55:05      Sallie Mae,   P.O. Box 9500,
               Wilkes Barre, PA 18773-9500
13540899      +E-mail/Text: jennifer.chacon@spservicing.com May 30 2018 01:59:36
               Select Portfolio Servicing,    P.O. Box 65450,   Salt Lake City, UT 84165-0450
14277003      +E-mail/Text: electronicbkydocs@nelnet.net May 30 2018 01:58:35      U.S. Department of Education,
               C/O Nelnet,   121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
13565776      +E-mail/Text: bncmail@w-legal.com May 30 2018 01:58:59      Vanda, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13540903      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 30 2018 01:57:20
               Verizon,   P.O. Box 920041,    Dallas, TX 75392-0041
13540905       E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 01:54:54      WalMart/GEMB,   PO Box 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Deutsche Bank National Trust Company, et al
cr*            +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13540896*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates,    120 Corporate Blvd, Suite 1,
                 Norfolk, VA 23502)
13540897*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates,    120 Corporate Blvd, Suite 1,
                 Norfolk, VA 23502)
13540894*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates,    120 Corporate Blvd., Suite 1,
                 Norfolk, VA 23502)
13540895*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 1,
                 Norfolk, VA 23502)
13571077*      +Vermont Student Assistance Corporation,    P.O. Box 777,   Winooski, VT 05404-0777
13540904      ##+Vermont Student Assistance Corp,    P.O. Box 777,   Winooski, VT 05404-0777
13540906      ##+Zamias Services Inc,   300 Market Street,    Johnstown, PA 15901-1702
                                                                                TOTALS: 2, * 6, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              Andrew M. Lubin   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates,
               Series 2007-WMC1 alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
```

```
District/off: 0315-2              User: jhel                  Page 3 of 3                  Date Rcvd: May 29, 2018
                                  Form ID: pdf900             Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, et al bkgroup@kmllawgroup.com
         Kristen D. Little    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. pabk@logs.com
         Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Paul E. Skirtich    on behalf of Creditor    United States of America, United States Department of Education Paul.Skirtich@usdoj.gov, Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov;caseview.ecf@usdoj.gov;USAPAW.ecfcivil@usdoj.gov
         Richard P. Gainey    on behalf of Plaintiff Samuel M. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net
         Richard P. Gainey    on behalf of Debtor Samuel M. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net
         Richard P. Gainey    on behalf of Plaintiff Mary L. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net
         Richard P. Gainey    on behalf of Joint Debtor Mary L. DiFatta richard.gainey@comcast.net, difatta1015@comcast.net
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Scott A. Dietterick    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com

                                                                                                                                TOTAL: 13