**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Samuel M. DiFatta** | Social Security number or ITIN  **xxx–xx–5851** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary L. DiFatta** | Social Security number or ITIN  **xxx–xx–5378** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **12–26201–GLT**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Samuel M. DiFatta                     Mary L. DiFatta

7/17/18                                      **By the court:**    Gregory L. Taddonio
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-26201-GLT
Samuel M. DiFatta                                                       Chapter 13
Mary L. DiFatta
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 3            Date Rcvd: Jul 17, 2018
                              Form ID: 3180W          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db/jdb         +Samuel M. DiFatta,    Mary L. DiFatta,    1015 Cambridge Street,    Natrona Heights, PA 15065-1007
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    C/O SHELLPOINT MORTGAGE SERVICING,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
cr             +Deutsche Bank National Trust Company, as Trustee,,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
cr              United States of America, United States Department,    U. S. Post Office & Courthouse,
                 Pittsburgh, PA  15219
13540868       +ACS,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
13540869       +AES/PhEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
13540870       +Allegheny Valley Hospital,    P.O. Box 644896,    Pittsburgh, PA 15264-4896
13540875       +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
14354708        DEUTSCHE BANK NATIONAL TRUST COMPANY,    SERIES,    2007-WMC1,    Shellpoint Mortgage Servicing,
                 PO BOX 10826 Greenville, SC  29603-0826
13575633       +Deutsche Bank National Trust Company,,    By and Through its Loan Servicing Agent,,
                 Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
13546272       +FORD MOTYOR CREDIT COMPANY,    C/O SKLAR ~ MARKIND,    102 BROWNING LN,    BLDG B, STE 1,
                 CHERRY HILL NJ 08003-3195
13540879       +First Data Global Leasing,    P.O. Box 407092,    Fort Lauderdale, FL 33340-7092
13540880       +First Equity Card,    P.O. Box 740933,    Dallas, TX 75374-0933
13540881        First Equity Card Corp,    P.O. Box 23209,    Columbus, GA 31902
13540888        Internal Revenue Service,    William S. Moorehead Building,    100 Liberty Avenue,,
                 Suite 705, Insolvency Unit,    Pittsburgh, PA 15222-3714
13540890        Key Bank,    P.O. Box,    Cleveland, OH 44101
13540892       +Monterey Collections,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
13568487        PNC Bank, N.A. on behalf of,    Education Credit Management Corp/VA,    ECMC,    PO Box 75906,
                 St Paul, MN 55175
13562316        Sallie Mae Inc. on behalf of ECMC,    ECMC,    P.O Box 75906,    St. Paul, MN 55175
13540900       +Spinnaker Resorts,    Spinnaker Flexible Ownership,    P.O. Box 29352,    Phoenix, AZ 85038-9352
13540901       +State Collection Service, Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
13540902       +Title 11 Funding of California, Inc.,    Attn: Brandi Dominguez,    10 Orchard, Suite 100,
                 Lake Forest, CA 92630-8308
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:24:24      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: AISACG.COM Jul 18 2018 05:53:00      NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +EDI: PRA.COM Jul 18 2018 05:53:00      PRA Receivables Management, LLC,    POB 41067,
                 NORFOLK, VA 23541-1067
13543327       +EDI: OPHSUBSID.COM Jul 18 2018 05:58:00      CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13540871       +EDI: OPHSUBSID.COM Jul 18 2018 05:58:00      Candica LLC,    c/o Weinstein & Riley,
                 2001 Western Avenue,    Suite 400,    Seattle, WA 98121-3132
13540872       +EDI: CAPITALONE.COM Jul 18 2018 05:58:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
13540873       +EDI: CAPITALONE.COM Jul 18 2018 05:58:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
13540874       +EDI: CHASE.COM Jul 18 2018 06:03:00      Chase,    Cardmember Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
13540876       +E-mail/Text: studentaccounts@duq.edu Jul 18 2018 02:24:09      Duquesne University,
                 Attn: Collections Dept,    600 Forbes Avenue,    Pittsburgh, PA 15282-0001
13559982        EDI: ECMC.COM Jul 18 2018 05:53:00      ECMC,    P.O. BOX 75906,    St. Paul, MN 55175
13540877       +E-mail/Text: bankruptcy@erieinsurance.com Jul 18 2018 02:25:29      Erie Insurance,
                 Attn: Collection Dept,    100 Erie Insurance Place,    Erie, PA 16530-9000
13540878       +E-mail/Text: bankruptcynotice@fcbanking.com Jul 18 2018 02:23:42      First Commonwealth Bank,
                 Attn: Legal Department,    654 Philadelphia Street,    Indiana, PA 15701-3930
13540882       +EDI: FORD.COM Jul 18 2018 06:03:00      Ford Motor Credit Company,    P.O. Box 6508,
                 Mesa, AZ 85216-6508
13540883       +EDI: RMSC.COM Jul 18 2018 05:58:00      GEMB/Care Credit,    P.O. Box 981127,
                 El Paso, TX 79998-1127
13540884       +EDI: RMSC.COM Jul 18 2018 05:58:00      GEMB/Lowes,    PO Box 981400,    El Paso, TX 79998-1400
13540885       +EDI: HFC.COM Jul 18 2018 05:58:00      HSBC Bank,    P.O. Box 17313,    Baltimore, MD 21297-1313
13540886       +EDI: HFC.COM Jul 18 2018 05:58:00      HSBC Mastercard,    P.O. Box 17051,
                 Baltimore, MD 21297-1051
13540889        EDI: RMSC.COM Jul 18 2018 05:58:00      JC Penney/GEMB,    PO Box 981131,
                 El Paso, TX 79998-1131
13540891       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 18 2018 02:24:54      Keybank USA,
                 P.O. Box 94917,    Cleveland, OH 44101-4917
14017629        EDI: AISACG.COM Jul 18 2018 05:53:00      NCEP, LLC by AIS Data Services, LP as agent,
                 PO Box 4138,    Houston, TX 77210-4138
13540893        EDI: PRA.COM Jul 18 2018 05:53:00      Portfolio Recovery Associates,
                 120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502
```

```
District/off: 0315-2          User: bsil              Page 2 of 3              Date Rcvd: Jul 17, 2018
                              Form ID: 3180W          Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13566739       EDI: PRA.COM Jul 18 2018 05:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13632832      +EDI: RESURGENT.COM Jul 18 2018 06:03:00      PYOD, LLC its successors and assigns as assignee,
                 of CR Evergreen, LLC,    Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
13540887       E-mail/Text: rmbncreports@supermedia.com Jul 18 2018 02:24:37      Idearc Media,
                 5601 Executive Drive,    Irving, TX 75038
13540898      +EDI: NAVIENTFKASMSERV.COM Jul 18 2018 05:53:00      Sallie Mae,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
13546473      +EDI: DRIV.COM Jul 18 2018 05:53:00      Santander Consumer USA,    P.O. BOX 560284,
                 Dallas, TX 75356-0284
13540899      +E-mail/Text: jennifer.chacon@spservicing.com Jul 18 2018 02:25:38
                 Select Portfolio Servicing,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
13567159       EDI: BL-TOYOTA.COM Jul 18 2018 05:53:00      Toyota Motor Credit Corporation,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14277003      +E-mail/Text: electronicbkydocs@nelnet.net Jul 18 2018 02:24:41      U.S. Department of Education,
                 C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
13565776      +EDI: OPHSUBSID.COM Jul 18 2018 06:03:00      Vanda, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13540903      +EDI: VERIZONCOMB.COM Jul 18 2018 05:58:00      Verizon,    P.O. Box 920041,
                 Dallas, TX 75392-0041
13540905       EDI: RMSC.COM Jul 18 2018 05:58:00      WalMart/GEMB,    PO Box 530927,    Atlanta, GA 30353-0927
                                                                                               TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Deutsche Bank National Trust Company, et al
cr*            +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13540896*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd, Suite 1,
                 Norfolk, VA 23502)
13540897*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd, Suite 1,
                 Norfolk, VA 23502)
13540894*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd., Suite 1,
                 Norfolk, VA 23502)
13540895*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 1,
                 Norfolk, VA 23502)
13571077*      +Vermont Student Assistance Corporation,    P.O. Box 777,    Winooski, VT 05404-0777
13540904       ##+Vermont Student Assistance Corp,    P.O. Box 777,    Winooski, VT 05404-0777
13540906       ##+Zamias Services Inc,    300 Market Street,    Johnstown, PA 15901-1702
                                                                                            TOTALS: 2, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                          Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: bsil                  Page 3 of 3                   Date Rcvd: Jul 17, 2018
                               Form ID: 3180W              Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:

        Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
         trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates,
         Series 2007-WMC1 alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
        James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
         trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates,
         Series 2007-WMC1 bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, et al
         bkgroup@kmllawgroup.com
        Kristen D. Little    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, By
         and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. pabk@logs.com
        Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
         Trustee, in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed
         Certificates, Series 2007-WMC1 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul E. Skirtich    on behalf of Creditor    United States of America, United States Department of
         Education Paul.Skirtich@usdoj.gov,
         Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov;caseview.ecf@usdoj.gov;USAPAW.ecfcivil@u
         sdoj.gov
        Richard P. Gainey    on behalf of Plaintiff Samuel M. DiFatta richard.gainey@comcast.net,
         difatta1015@comcast.net
        Richard P. Gainey    on behalf of Debtor Samuel M. DiFatta richard.gainey@comcast.net,
         difatta1015@comcast.net
        Richard P. Gainey    on behalf of Plaintiff Mary L. DiFatta richard.gainey@comcast.net,
         difatta1015@comcast.net
        Richard P. Gainey    on behalf of Joint Debtor Mary L. DiFatta richard.gainey@comcast.net,
         difatta1015@comcast.net
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Scott A. Dietterick    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
         in trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed
         Certificates, Series 2007-WMC1 sad@jsdc.com,
         kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com

                                                                                                                                TOTAL: 13