**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　SAMUEL M. DIFATTA<br>　　MARY L. DIFATTA<br>　　　　Debtor(s) | Case No. 12-26201GLT |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 12/31/2012.

　　2)　The plan was confirmed on 03/27/2013.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 02/20/2015, 04/17/2015.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

　　5)　The case was completed on 12/26/2017.

　　6)　Number of months from filing to last payment: 60.

　　7)　Number of months case was pending: 67.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted: $22,975.00.

　　10) Amount of unsecured claims discharged without payment: $155,916.30.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $178,469.00 |
| Less amount refunded to debtor | $1,880.50 |
| **NET RECEIPTS:** | **$176,588.50** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,817.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$12,517.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AES/PHEAA FAMILY | Unsecured | 0.00 | 21,818.85 | 21,818.85 | 1,080.82 | 0.00 |
| AES/PHEAA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY VALLEY HOSPITAL | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARDMEMBER SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL (RE*)++ | Unsecured | 70,766.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 23,773.93 | 23,773.93 | 1,177.66 | 0.00 |
| DEUTSCHE BANK NTC - TRUSTEE | Secured | 206,428.00 | 228,536.00 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NTC - TRUSTEE | Secured | NA | 0.00 | 40,842.62 | 40,842.62 | 0.00 |
| DEUTSCHE BANK NTC - TRUSTEE | Secured | NA | 0.00 | 0.00 | 80,643.92 | 0.00 |
| DEUTSCHE BANK NTC - TRUSTEE | Secured | 0.00 | 24,405.76 | 0.00 | 0.00 | 0.00 |
| DUQUESNE UNIVERSITY | Unsecured | 8,100.00 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE GROUP | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK* | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| FIRST DATA GLOBAL LEASING | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| FIRST EQUITY CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST EQUITY CARD CORP++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO(*) | Unsecured | 9,027.00 | 9,027.26 | 9,027.26 | 447.17 | 0.00 |
| HARRISON TOWNSHIP (EIT) | Priority | 4,506.00 | NA | 4,506.00 | 4,506.00 | 0.00 |
| IDEARC MEDIA CORP** | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 281.49 | 281.49 | 13.95 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 2,780.00 | 2,399.31 | 2,399.31 | 2,399.31 | 0.00 |
| KEYBANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KEYBANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY COLLECTION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NANCY JEAN DIFATTA++ | Unsecured | 6,114.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Secured | 24,879.00 | 14,043.05 | 0.00 | 21,078.55 | 0.00 |
| PNC BANK | Unsecured | NA | 1,647.90 | 1,647.90 | 81.63 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 1,074.84 | 1,074.84 | 53.25 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 755.18 | 755.18 | 37.41 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,458.00 | 5,458.37 | 5,458.37 | 270.39 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,153.00 | 10,442.59 | 10,442.59 | 517.29 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 1,227.66 | 1,227.66 | 60.81 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 5,153.29 | 5,153.29 | 255.27 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 1,495.67 | 1,495.67 | 74.09 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,711.00 | 1,711.00 | 1,711.00 | 84.75 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 7,075.00 | 7,075.46 | 214.03 | 214.03 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,496.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,228.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 0.00 | 3,644.50 | 3,644.50 | 180.53 | 0.00 |
| SALLIE MAE INC O/B/O ECMC** | Unsecured | 0.00 | 170,499.84 | 170,499.84 | 8,445.86 | 0.00 |
| SPINNAKER RESORTS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| TITLE 11 FUNDING OF CALIFORNIA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Unsecured | 0.00 | 22,872.15 | 22,872.15 | 1,133.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VANDA LLC | Unsecured | NA | 814.71 | 814.71 | 40.36 | 0.00 |
| VANDA LLC | Unsecured | NA | 978.79 | 978.79 | 48.49 | 0.00 |
| VANDA LLC | Unsecured | NA | 3,978.59 | 3,978.59 | 197.08 | 0.00 |
| VANDA LLC | Unsecured | 0.00 | 3,780.31 | 3,780.31 | 187.26 | 0.00 |
| VERIZON(*)++ | Unsecured | 990.00 | NA | NA | 0.00 | 0.00 |
| WAL MART++ | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| ZAMIAS SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $40,842.62 | $121,486.54 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $21,078.55 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$40,842.62** | **$142,565.09** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,905.31 | $6,905.31 | $0.00 |
| **TOTAL PRIORITY:** | **$6,905.31** | **$6,905.31** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$290,650.95** | **$14,601.10** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $12,517.00 |
| Disbursements to Creditors | $164,071.50 |
| **TOTAL DISBURSEMENTS** : | **$176,588.50** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/23/2018                                      By: /s/ Ronda J. Winnecour
                                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**